IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARE DUCKWORTH, <br><br> Plaintiff, <br><br> v. <br><br> LIEUTENANT STEPHEN BIELLO, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 13-7143 |

FILED
APR - 9 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

**AND NOW**, this 9th day of April 2014, upon consideration of the Complaint (Doc. No. 1), Defendants' Motion to Dismiss (Doc. No. 4), Plaintiff's Response in Opposition (Doc. No. 6) with exhibits, the arguments made by counsel for the parties at a hearing on the Motion held on April 7, 2014, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Motion to Dismiss of Defendants (Doc. No. 4) is GRANTED in part and DENIED in part.

2. Plaintiff's claims based on retaliation are DISMISSED without prejudice.

3. Plaintiff may file an Amended Complaint within ten (10) days of the date of this Order.

4. Defendant shall file an Answer to the Amended Complaint within thirty (30) days of the date Plaintiff files an Amended Complaint. If an Amended Complaint is not filed, Defendant shall file an Answer to the original Complaint within thirty (30) days of the date of this Order.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.